IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:09-CR-332-11FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NICHOLAS OXENDINE, | ) | |
| Defendant. | ) | |

Upon consideration of the Joint Motion to Satisfy Judgment as to Nicholas Oxendine, the Court hereby orders:

1. The payments already made to the court by the defendant will be deemed to satisfy the judgment.

2. The financial section of the clerk of court is directed to satisfy the debt owed by the defendant on their records. This satisfaction of debt applies to Nicholas Oxendine only.

SO ORDERED this __23rd__ day of __May__, 2014.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge